**LEONAR RAMIREZ**      *      **NO. 2021-CA-0184**

**VERSUS**      *      **COURT OF APPEAL**

**LIGHTHOUSE PROPERTY**      *      **FOURTH CIRCUIT**
**INSURANCE CORPORATION,**
**TAEJOON D. KIM, WILMER**      *      **STATE OF LOUISIANA**
**HERNANDEZ, WGW**
**CONSTRUCTION &**      *
**REMODELING, LLC, AND**
**ABC INSURANCE COMPANY**      *

**\* \* \* \* \* \* \***

*DNA*      **ATKINS, J., CONCURS IN THE RESULT**